| Matter of Samuel |
|:---:|
| 2025 NY Slip Op 34649(U) |
| December 17, 2025 |
| Surrogate's Court, New York County |
| Docket Number: File No. 2016-2735 |
| Judge: Rita Mella |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------x
In the Matter of Petition of Percy Samuel and Shao Ling
Teng to Probate an Instrument Dated October 13, 2015,
as the Will of

        KWEN CHEN,

              Deceased.

DECISION and ORDER
File No.: 2016-2735

-------------------------------------------------------------------------x

In the Matter of the Petition of Lingzhen Ji to Probate an
Instrument Dated December 28, 2014, as the Will of

        KWEN CHEN,

              Deceased.

File No.: 2016-2735/H

-------------------------------------------------------------------------x

M E L L A, S.:

The court considered the following papers on this motion to withdraw as counsel:

Papers Considered                                       Numbered

Order to Show Cause (OSC) Motion of Charlotte C. Lee, Esq. and
   William X. Zou, Esq., to Withdraw as Counsel, Affirmations of
   Charlotte C. Lee, Esq. and William X. Zou, Esq., with Exhibits         1, 2, 3

At the call of the calendar on November 18, 2025, the court granted the motion of co-counsel

to withdraw in these two probate proceedings in the estate of Kwen Chen. One proceeding is by

Percy Samuel (Co-Preliminary Executor) and Shao Ling Teng to probate an instrument dated October

13, 2015, and the other is by Lingzhen Ji (Co-Preliminary Executor) to probate an instrument dated

December 28, 2014. Charlotte Lee, Esq., and Bill Zou & Associates PLLC by William X. Zou, Esq.,

(Lee and Zou) moved by order to show cause to withdraw as co-counsel to Co-Preliminary Executor

Lingzhen Ji and other parties, namely, Shao Wu Teng, Shao Ping Teng, Shao Wen Teng, Xue Ming

Teng, and Tao Teng (together, the Clients), pursuant to CPLR 321(b)(2).

Here, the record reflected a lack of communication as between Lee and Zou and their Clients sufficient to establish good cause for co-counsel's withdrawal (*see* Rule 1.16[c][7]; Rule 1.16[c][12], 22 NYCRR 1200; *Bok v Werner*, 9 AD3d 318 [1st Dept 2004]; *Tartaglione v Tiffany*, 280 AD2d 543 [2d Dept 2001]).   Further, none of the Clients requested to appear on the return of the motion before the court or otherwise responded to or opposed the motion, which was served on each of them.   It is therefore:

ORDERED that the motion of Charlotte C. Lee, Esq., and Bill Zou & Associates PLLC to withdraw as co-counsel to Lingzhen Ji, to Shao Wu Teng, to Shao Ping Teng, to Shao Wen Teng, to Xue Ming Teng, and to Tao Teng in the above-captioned proceedings is granted; and it is further

ORDERED that the above captioned proceedings are stayed for 30 days after the Clerk of the Court's service by First-Class Mail International mail of this Decision and Order as follows, to:

(1) Shao Wu Teng (or Teng Shao Wu)
Room 102, 80 Ninghai Li
Liangxi District
Wuxi
214011 Jiangsu
CHINA

(2) Shao Wen Teng (or Teng Shao Wen)
Room 503, 138 Caozhang Xincun
Ying Long Street
Liangxi District,
Wuxi
214000 Jiangsu
CHINA

(3) Xue Ming Teng (or Teng Xue Ming)
Room 401, 2nd Unit, 4th Floor
Qian Tang Jiang Road
Tai Xiang Xiao Qu
Urumqi
830000 Xinjiang
CHINA

2

(4) Tao Teng (or Teng Tao)
Ganghanju
141 Mingzhu Road, Zhicheng Street
Changxing
Huzhou
313100 Zhejiang
CHINA

(5) Shao Ping Teng (or Teng Shao Ping)
Room 103, 73rd Building, Donggang Xincun
Residential Quarter
Industrial Park District
Suzhou
215021 Jiangsu
CHINA

And by First Class Mail to:

(6) Lingzhen Ji (or Ji Ling Zhen),
75 Baxter Street, Apt. 29,
New York, NY 10013;

(7) Petitioners Percy Samuel and Shao Ling Teng, to their counsel -
(a) Jules Haas, Esq.,
488 Madison Avenue, Suite 1120,
New York, NY 10022
and by EMAIL to attorney.haas845@gmail.com; and
(b) Percy M. Samuel, Esq.,
Percy M. Samuel, PC,
591 Astor Street,
Elmont, NY 11003
and by EMAIL to pmsamuel@percymsamuel.com;

(8) Movant -
Charlotte Lee, Esq,
277 Broadway, Suite 400,
New York, NY 10007-2035
and by EMAIL to clee@charlottelee.com; and

(9) Movant -
William Zou, Esq.,
Bill Zou & Associates PLLC,
136-20 38th Avenue, Suite 10D,
Flushing, NY 11354
and by EMAIL to zoulawoffice@yahoo.com;

3

and it is further

ORDERED that if new counsel does not file with the court and serve on all other appearing parties a notice of appearance together with an authorization by the party to appear in this matter within the 30-day period after service of this Decision and Order on each of them, each such party shall be considered self-represented (pro se) to the extent that they appeared in the above-captioned matters and shall promptly provide their phone numbers and email contact information, if any, to the court and other appearing parties (*see* CPLR 321[c]).

This constitutes the order of the court.

Dated: December 17, 2025

_____
S U R R O G A T E

4

[* 4]